# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Ronnie Linda Nicole Hannan,<br><br>　　　　　　　　　Defendant. | Case No.: 3:23-CR-0217-BAS<br><br>**JUDGMENT OF DISMISSAL** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above-entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

Dated: 8/21/2024

Hon. David D. Leshner
U.S. Magistrate Judge

1